[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] DECISION AND FINAL JUDGMENT ENTRY
The appellant, Maurice Morgan, was convicted of involuntary manslaughter with a prior aggravated felony specification on May 31, 1996. On June 3, 1998, Morgan filed a notice of appeal from that judgment. That appeal is Dismissed as untimely. See,
App.R. 4(A).
Morgan also filed a petition to vacate his sentence on June 5, 1998. The trial court dismissed that petition on June 17, 1998. No appeal was taken by the appellant from that order. _____________________________________ THOMAS J. GRADY, Presiding Judge _____________________________________ JAMES A. BROGAN, Judge _____________________________________ FREDERICK N. YOUNG, Judge
Copies mailed to:
Karyn J. Lynn
Maurice Morgan
Hon. Dennis Langer